| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Remedial (Cyprus) Public Company Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Brufani Shipmanagement Limited**<br>**Remedial Cyprus Limited** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**Cypriot Id No. 12158603K** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**Arch. Makarios III Avenue**<br>**Fortuna Court Block B**<br>**3105 LIMASSOL, CYPRUS**    ZIP CODE **00000-0000** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New York, NY** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):  **Yantai and Qidong, China**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:    **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000<br>_____<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                    THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Remedial (Cyprus) Public Company Ltd.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Remedial (Cyprus) Public Company Ltd.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Kenneth A. Rosen**
Signature of Attorney for Debtor(s)
**Kenneth A. Rosen (KR 4963)**
**John K. Sherwood (JS 2453)**
**Scott Cargill (SC 4827)**
Printed Name of Attorney for Debtor(s)
**Lowenstein Sandler PC**
Firm Name
**1251 Avenue of the Americas, 18th Floor**
**New York, New York  10020**
Address
**212-262-6700**
Telephone Number
**February 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Stuart Bannerman**
Signature of Authorized Individual
**Stuart Bannerman**
Printed Name of Authorized Individual
**Chief Financial Officer**
Title of Authorized Individual
**February 17, 2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

## RESOLUTION OF BOARD OF DIRECTORS OF
## REMEDIAL (CYPRUS) PUBLIC COMPANY LTD.

The undersigned, being the Chairman of the Board of Directors (the "Board") of Remedial (Cyprus) Public Company Ltd., a Cyprus corporation (the "Company"), does hereby certify that at a meeting of the Board held on the 14th day of February, 2010, the following Resolution was proposed and adopted by a majority vote of all directors present:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

WHEREAS, the Board has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of title 11 of the United States Code;

WHEREAS, the Board has received, reviewed and considered a term sheet for a $5 million Debtor-in-Possession Financing Facility (the "DIP Term Sheet"); and

WHEREAS, the Board has received, reviewed and considered a draft Asset Purchase Agreement providing for a sale of substantially all of its assets to an entity to be formed by the Company's secured bondholders (the "APA");

NOW, THEREFORE, IT IS:

RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, and its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code;

RESOLVED FURTHER that, Stuart Bannerman, the Chief Financial Officer and, and/or such other officer as the Board directs (each, an "Officer" and collectively, the "Officers") be, and they each hereby are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief;

RESOLVED FURTHER that the law firm of Lowenstein Sandler PC be employed as general bankruptcy counsel to the Company to represent and assist the Company in carrying out the Company's duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers

prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Lowenstein Sandler PC;

RESOLVED FURTHER, that the Officers of the Company and the Chairman of the Board be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under Title 11 of the United States Code, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER, that the Officers of the Company and the Chairman of the Board be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including pursuant to the terms of the DIP Term Sheet or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on the Company's assets as may be contemplated by or required under the DIP Term Sheet or any cash collateral agreements; and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents and to make any changes in the DIP Term Sheet which they deem necessary or advisable;

RESOLVED FURTHER, that the Officers of the Company and the Chairman of the Board be, and they hereby are, authorized and empowered to take or cause to be taken any and all actions, execute and file any and all documentation or pleadings, including but not limited to pleadings seeking court approval to sell all, substantially all, or specific assets of the Company pursuant to the applicable provisions of the Bankruptcy Code, as further appropriate in furtherance of a plan of reorganization or otherwise, including but not limited to a sale pursuant to the terms of the draft APA, with such amendments or modifications to the APA as the officers of the Company deem necessary or advisable;

RESOLVED FURTHER, that the Officers of the Company and the Chairman of the Board be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

RESOLVED FURTHER, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

RESOLVED FURTHER that the foregoing powers and authorizations shall continue in full force and effect until revoked in writing by the Board.

[Signature page to follow.]

In certification of this Resolution of the Board, I do set my hand and seal this _____ day of February, 2010.

_____
Eugene I. Davis
Chairman of the Board

# United States Bankruptcy Court
## Southern District of New York

In re    **Remedial (Cyprus) Public Company Ltd.**            Case No. _____

                                    Debtor(s)         Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Swedbank AB** <br> **105 34 Stockholm** <br> **Sweden** | Erik Selander <br> Swedbank AB <br> 105 34 Stockholm <br> Sweden | **Amount due on interest rate swap** | | **7,162,265.02** |
| **SEB Enskilda** <br> **Attn: Morten Bjonnstu** <br> **PO Box 1363** <br> **Vika, NO-0113 Oslo** | Morten Bjonnstu <br> SEB Enskilda <br> PO Box 1363 <br> Vika, NO-0113 Oslo <br> 47 21 00 85 41 | **Trade debt** | **Contingent** <br> **Disputed** | **2,600,000.00** |
| **Siemens Energy, Inc. Oil & Gas** <br> **15990 N. Barkers Landing** <br> **Suite 100** <br> **Houston, TX 77079** | Brad Wojcik <br> Siemens Energy, Inc. Oil & Gas <br> 15990 N. Barkers Landing, Suit <br> Suite 100 <br> Houston, TX 77079 <br> 281-668-3277 | **Trade Debt** | | **653,667.00** |
| **Favelle Favco Cranes (M) Sdn.** <br> **Lot 42, Persiaran bunga, Tanjung 2, Senawang Ind. Park** <br> **70400 Seremban, Negeri Sembila** | Michael Khoo <br> Favelle Favco Crames (M) Snd. <br> 26360 FM 106 <br> Harlingen, TX 78550 <br> 956-428-7488 | **Trade Debt** | **Subject to Setoff** | **356,251.65** |
| **Bingham McCutchen (London) LLP** <br> **41 Lothbury** <br> **London EC2R7HF** <br> **England** | James Terry <br> Bingham McCutchen (London) LLP <br> 41 Lothbury <br> London EC2R7HF <br> England <br> 020-7661-5310 | **Trade Debt** | | **200,765.33** |
| **Le Tourneau Technologies** <br> **6500 Brittmore Road** <br> **Houston, TX 77041** | Le Tourneau Technologies <br> 6500 Brittmore Road <br> Houston, TX 77041 <br> 832-782-6500 | **Trade Debt** | | **76,739.25** |

In re    **Remedial (Cyprus) Public Company Ltd.**                          Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **PricewaterhouseCoopers, Ltd.**<br>**City House**<br>**6 Karaiskakis Street CY**<br>**Limassol 3032, Cyprus** | **Liakos M. Theodorou**<br>**PricewaterhouseCoopers, Ltd.**<br>**City House**<br>**6 Karaiskakis Street CY**<br>**Limassol 3032, Cyprus**<br>**+357-25555000** | **Trade Debt** | | **41,614.82** |
| **Dixie Pipe Sales, Inc.**<br>**2407 Brollier Street**<br>**Houston, TX 77054** | **Dixie Pipe Sales, Inc.**<br>**2407 Brollier Street**<br>**Houston, TX 77054**<br>**713-736-2021** | **Trade Debt** | | **2,255.35** |
| **Higgins Supply Inc.**<br>**1769 Upland**<br>**PO Box 19449**<br>**Houston, TX 77224-9449** | **Chris Adams**<br>**Higgins Supply Inc.**<br>**1769 Upland**<br>**PO Box 19449**<br>**Houston, TX 77224-9449**<br>**713-932-9700** | **Trade Debt** | | **946.00** |
| **Matherne Instrumentation**<br>**128 Capital Boulevard**<br>**Houma, LA 70360** | **Matherne Instrumentation**<br>**128 Capital Blvd.**<br>**Houma, LA 70360**<br>**985-876-9808** | **Trade Debt** | | **281.77** |
| **Ameren Sales International**<br>**4311 FM 2351**<br>**Suite A**<br>**Friendswood, TX 77546** | **Michael Wiseman**<br>**Ameren Sales International**<br>**4311 FM 2351, Suite A**<br>**Friendswood, TX 77546**<br>**281-922-2612** | **Trade Debt** | | **22.48** |
| **DnB Bank ASA**<br>**Verdipapiservice**<br>**Stranden 21, 0021**<br>**Oslo, Norway** | **Kjetil Berg**<br>**DnB Bank ASA**<br>**Verdipapiservice**<br>**Stranden 21, 0021**<br>**Oslo, Norway**<br>**011 47 22 48 12 17** | **Trade debt** | | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re   **Remedial (Cyprus) Public Company Ltd.**                                    Case No. _____

_____
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 17, 2010**                         Signature   **/s/ Stuart Bannerman**
                                                                    **Stuart Bannerman**
                                                                    **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Southern District of New York

In re    **Remedial (Cyprus) Public Company Ltd.**          ,    Case No. _____

                                Debtor          Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AARNES INVESTMENTS & CONSULTANCY SOLVIKVEIEN 3C BLOMMENHOLM NORWAY | Common Stock | 500 | 0.0017% |
| ABG SUNDAL COLLIER NORGE ASA POSTBOKS 1444  VIKA OSLO 0115 NORWAY | Common Stock | 344 | 0.00117% |
| AKER BRYGGE SYNSKIRUGI AS V/LARS BAKKE LESTERUDKROKEN 37 LOMMEDALEN NORWAY | Common Stock | 3,200 | 0.01087% |
| ARCTIC SECURITIES ASA POSTBOKS 1833 VIKA 0123 OSLO NORWAY | Common Stock | 71,800 | 0.24388% |
| ARCTIC SECURITIES ASA POSTBOKS 1833 VIKA 0123 OSLO NORWAY | Common Stock | 162 | 0.00055% |
| AS ADMINCO POSTBOKS 1533 VIKA 0117 OSLO NORWAY | Common Stock | 4,000 | 0.01359% |
| AS PARTNER POSTBOKS 2008 LARVIK NORWAY | Common Stock | 25,000 | 0.08492% |
| BANK OF NEW YORK MELLON SA/NV S/A INVESCO PERP EUR SMALL COMP FD RUE MONTOYER 46 B-1000 BRUSSEL BELGIUM | Common Stock | 573,000 | 1.94627% |
| BANNERMAN, STUART 19927 ERIKA WAY DRIVE Katy, TX 77450 | Common Stock | 71,500 | 0.24286% |

_____ **9** _____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re     **Remedial (Cyprus) Public Company Ltd.** _____,    Case No. _____

                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BJORDAL, EINAR**<br>**GISMARVIK**<br>**5570 AKSDAL NORWAY** | **Common Stock** | **16,000** | **0.05435%** |
| **BJORNEBYE, OLE JAKOB**<br>**SJURDERUD**<br>**2436 VALER I SOLOR**<br>**NORWAY** | **Common Stock** | **500** | **0.0017%** |
| **BORG VEKST AS**<br>**POSTBOKS 117**<br>**1638 GAMLE FREDRIKSTAD**<br>**NORWAY** | **Common Stock** | **1,000** | **0.0034%** |
| **BORGEN, KNUT**<br>**KARMARES MAIL BOX 65**<br>**PO BOX 60156 CY-8101 PAPHOS**<br>**CYPRUS** | **Common Stock** | **220,000** | **0.74726%** |
| **BREDAHL, SVEIN**<br>**SOLVEIEN 104C**<br>**1162 OSLO**<br>**NORWAY** | **Common Stock** | **4,800** | **0.0163%** |
| **BREDAHL, SVEIN GRUDE**<br>**SOLVEIEN 104c**<br>**1162 OSLO**<br>**NORWAY** | **Common Stock** | **1,400** | **0.00476%** |
| **BROWN BROTHERS HARRIMAN & CO.**<br>**S/A COLLINS STEWARD (CI) LTD**<br>**40 WATER STREET**<br>**BOSTON, MA 02109** | **Common Stock** | **4,000** | **0.01359%** |
| **BUE, TORILD SKOMEDAL**<br>**VAGSBYGDVEIEN 57A**<br>**4622 KRISTIANSAND S**<br>**NORWAY** | **Common Stock** | **6,000** | **0.02038%** |
| **BYBLOS AS**<br>**GREGERS GRAMS VEI 3**<br>**0382 OSLO**<br>**NORWAY** | **Common Stock** | **1,000** | **0.0034%** |
| **CANICA AS**<br>**POSTBOKS 1995 VIKA**<br>**0125 OSLO**<br>**NORWAY** | **Common Stock** | **671,200** | **2.27982%** |

Sheet  **1**  of  **9**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re     **Remedial (Cyprus) Public Company Ltd.**            ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CDC INVEST AS<br>PB 103<br>3831 ULEFOSS<br>NORWAY | Common Stock | 85,000 | 0.28871% |
| CHEYNE GLOBAL CATALYST<br>CREDIT SUISSE SECURITIES LTD.<br>ONE CABOT SQUARE<br>LONDON E14 SLB UK | Common Stock | 181,838 | 0.61764% |
| CITIBANK N.A. (LONDON)<br>CITIGROUP CENTRE CANADA SQUARE<br>CANARY WHARF<br>LONDON E14 4Q1 UK | Common Stock | 1,500 | 0.00509% |
| CITIBANK N.A. NEW YORK<br>399 PARK AVENUE<br>NEW YORK, NY 10043 | Common Stock | 454,695 | 1.54443% |
| CITIBANK N.A. NEW YORK<br>399 PARK AVENUE<br>NEW YORK, NY 10043 | Common Stock | 1,200 | 0.00408% |
| CONVEXA CAPITAL VI A<br>POSTBOKS 1755 VIKA<br>0122 OSLO NORWAY | Common Stock | 3,409,200 | 11.57981% |
| CREDIT SUISSE SECURIIES USA<br>SPECIAL CUSTODY A/C FOR CS SEC<br>11 MADISON AVENUE<br>NEW YORK, NY 10010-3629 | Common Stock | 1,541,133 | 5.23467% |
| DEUTSCHE BANK AG LONDON<br>ONE GREAT WINCHESTER STREET<br>WINCHESTER HOUSE<br>LONDON EC2N 2DB<br>UNITED KINGDOM | Common Stock | 265,600 | 0.90215% |
| DEUTSCHE BANK AG LONDON<br>ONE GREAT WINCHESTER STREET<br>WINCHESTER HOUSE<br>LONDON EC2N 2DB<br>UNITED KINGDOM | Common Stock | 229,267 | 0.77874% |
| DNB NOR MARKETS, AKSJEHAND<br>ATT: MEGLEROPPGJORET<br>STRANDEN 21 0021 OSLO<br>NORWAY | Common Stock | 1,000 | 0.0034% |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re     **Remedial (Cyprus) Public Company Ltd.**                                    , Case No. _____

                                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EDLA AS**<br>**V/ANTON RINGOEN**<br>**STALVN. 5 4629 KRISTIANSAND**<br>**NORWAY** | **Common Stock** | **1,000** | **0.0034%** |
| **EGGEN, SVEIN**<br>**44 WOOD WHARF APARTMENTS**<br>**HORSEFERRY PLACE GB SE10 9BB**<br>**LONDON UK** | **Common Stock** | **250,800** | **0.85188%** |
| **FAUSKE, KOMMUNE**<br>**POSTBOKS 93**<br>**8201 FAUSKE**<br>**NORWAY** | **Common Stock** | **8,000** | **0.02717%** |
| **FONGAARD, LISS-CHRIST**<br>**SKOGRYGGVEIEN 23**<br>**0781 OSLO**<br>**NORWAY** | **Common Stock** | **8,000** | **0.02717%** |
| **FREMAD AS**<br>**HAGAVEIEN 16**<br>**2010 STROMMEN**<br>**NORWAY** | **Common Stock** | **500** | **0.0017%** |
| **GLUTEUS MEDIUS AS**<br>**RADHUSGATA 27**<br>**0158 OSLO**<br>**NORWAY** | **Common Stock** | **500** | **0.0017%** |
| **GOLDMAN SACHS INT. - EQUITY**<br>**SECURITY CLIENT SEGREGATION**<br>**PETERBOROUGH COURT**<br>**133 FLEET STREET LONDON**<br>**EC4A 2BB UK** | **Common Stock** | **4,676,600** | **15.8847%** |
| **GRANI, HANS KRISTIAN**<br>**BORGESTADVEIEN 6**<br>**0875 OSLO**<br>**NORWAY** | **Common Stock** | **800** | **0.00272%** |
| **HANDSEL AS V ARNE HANSTEEN**<br>**SKODALSVEIEN 3**<br>**0781 OSLO**<br>**NORWAY** | **Common Stock** | **24,800** | **0.08424%** |
| **HEFTE, ARVID**<br>**OVRE HAGO 10**<br>**3570 AL NORWAY** | **Common Stock** | **199** | **0.00068%** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

In re     **Remedial (Cyprus) Public Company Ltd.**         Case No. _____

                                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| HODNE FINANS AS<br>DRONNING MAUDSGT 3<br>0250 OSLO NORWAY | Common Stock | 300 | 0.00102% |
| HOGBERG, KNUT<br>TORS VEI 34<br>3472 BODALEN<br>NORWAY | Common Stock | 2,000 | 0.00679% |
| HOGBERG, KNUT ARE<br>HOFFSVEIEN 64 B<br>0377 OSLO<br>NORWAY | Common Stock | 4,000 | 0.01359% |
| HOINESS-CAPPELEN, GUSTAF<br>ST. HALVARDS VEI 11<br>1358 JAR<br>NORWAY | Common Stock | 40 | 0.00014% |
| HOLE, JOHN ARILD<br>FURUSET ALLE 20B<br>1053 OSLO  NORWAY | Common Stock | 4,000 | 0.01359% |
| HOLTERMANN, PEDER<br>202 THAMES TUNNEL MILL<br>113 ROTHERHITHE STREET<br>E16SP LONDON UK | Common Stock | 500 | 0.0017% |
| HSBC BANK PLC FUND SERVICES<br>CLIENTS ACCT 25% INSTITUTIONAL<br>8 CANADA SQUARE  LONDON<br>E14 5HQ   UK | Common Stock | 26,000 | 0.08831% |
| HVAMMEN, GRO PRODEL<br>HUNDSUNDVEIEN 12B<br>SNAROYA  1367<br>NORWAY | Common Stock | 13,200 | 0.04484% |
| HYATT SHIPPING INC.<br>C/O SCAN DRILLING INC.<br>11777 KATY FREEWAY STE 470<br>HOUSTON, TX 77079-1781 | Common Stock | 62,000 | 0.21059% |
| J.P. MORGAN BANK LUXEMBOURG<br>S/A LUXEMBOURG MUTUAL FUNDS<br>JP MORGAN CHASE BANK<br>CHASESIDE BOURNEMOUTH<br>BH7 7DA UK | Common Stock | 220,000 | 0.74726% |

Sheet  **4**  of  **9**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Remedial (Cyprus) Public Company Ltd.**        ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JCE GROUP AB<br>PO BOX 53230<br>S-40016 GOTEBORG<br>SWEDEN | Common Stock | 8,447,712 | 28.6938% |
| JCE PANAMA INC<br>C/O JCE GROUP INC.<br>BOX 53230 S400 16 GOTEBORG<br>SWEDEN | Common Stock | 360,000 | 1.22279% |
| JERNBYGG AS<br>C/O CARL DIDERIK CAPPELEN<br>SAGENE 41 PB 103 3830<br>ULEFOSS NORWAY | Common Stock | 81,600 | 0.27717% |
| JP MORGAN CHASE BANK<br>NON TREATY AC<br>CHASESIDE BOURNEMOUTH<br>BH7 7DA UK | Common Stock | 8,000 | 0.02717% |
| JPMORGAN CHASE BANK<br>NORDEA TREATY ACCOUNT<br>CHASESIDE BOURNEMOUTH<br>BH7 7DA UK | Common Stock | 434,656 | 1.47637% |
| KREFTING AS<br>POSTBOKS 4<br>1305 HASLUM NORWAY | Common Stock | 29,200 | 0.09918% |
| LANDGRAFF, ESPEN SAGVOLDEN<br>MANESIGDEN 12<br>1337 SANDIVIKA NORWAY | Common Stock | 500 | 0.0017% |
| LANI DEVELOPMENT AS<br>POSTBOKS 1817 VIKA<br>0123 OSLO NORWAY | Common Stock | 2,000 | 0.00679% |
| LANI INVEST AS<br>POSTBOKS 1817 VIKA<br>0123 OSLO NORWAY | Common Stock | 2,000 | 0.00679% |
| LB HOLDING AS<br>c/o LARS BAKKE<br>LESTERUDKROKEN 37<br>1350 LOMMEDALEN NORWAY | Common Stock | 12,000 | 0.04076% |
| MARTENS, MIKKEL<br>ARNSTEIN ARNEBERGS VEI 11<br>0274 OSLO NORWAY | Common Stock | 500 | 0.0017% |

Sheet   **5**   of   **9**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Remedial (Cyprus) Public Company Ltd.** , Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MLPF&S NORWEGIAN CUSTODY ACCOUNT HOLD PO BOX 2865; 101 HUDSON STREET JERSEY CITY, NJ 07302 | **Common Stock** | **52,000** | **0.17663%** |
| NHO - P665AK JP MORGAN CHASE BANK CHASESIDE BOURNEMOUTH  BH7 7DA NORWAY | **Common Stock** | **197,800** | **0.67185%** |
| NIELSEN, GEIR RODNEY VESOYGATEN 2 GRIMSTAD 4876 NORWAY | **Common Stock** | **2,000** | **0.00679%** |
| NORGES RAFISKLAG V IDA NYGREN   PB 6162 9291 TROMSO NORWAY | **Common Stock** | **8,000** | **0.02717%** |
| PARETO SECURITIES ASA DRONNING MAUDS GT. 3 POSTBOKS 1411 VIKA 0115 OSLO NORWAY | **Common Stock** | **1,453** | **0.00494%** |
| PATRONIA AS C/O WIECO AS ROSENKRANTZ GT 22   0160 OSLO NORWAY | **Common Stock** | **257,600** | **0.87497%** |
| PERNY LTD SIR WALTER RALEIGH HOUSE 48-50 ESPLANADE, ST. HELIER JE48NX JERSEY UK | **Common Stock** | **130,800** | **0.44428%** |
| RAMM, LISBETH BOKS 13, SMEDSTAD 0309 OSLO NORWAY | **Common Stock** | **1,000** | **0.0034%** |
| RAMM, PAUL ANDERS BOX 13, SMESTAD 0309 OSLO NORWAY | **Common Stock** | **2,000** | **0.00679%** |
| REDBACK AS C/O CECILIE JOHNSEN O.H. BANGSVEI 70 1363 HOVIK NORWAY | **Common Stock** | **185,200** | **0.62906%** |

Sheet __6__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Remedial (Cyprus) Public Company Ltd.**          ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROJAHN, CATO HUNDSEID**<br>**GML DRAMMENSVEI 159B**<br>**1365 BLOMMENHOLM**<br>**NORWAY** | **Common Stock** | **500** | **0.0017%** |
| **ROSARIO AS**<br>**ROSENKTRANTZGT 22**<br>**0160 OSLO  NORWAY** | **Common Stock** | **192,200** | **0.65283%** |
| **RUGE, SIMEN EDIN**<br>**MOSERABBEN 17**<br>**0752 OSLO**<br>**NORWAY** | **Common Stock** | **500** | **0.0017%** |
| **RYSSDAL, ROLV ERIK HELLUND**<br>**BJORNVEIEN 48**<br>**0774 OSLO  0774   NORWAY** | **Common Stock** | **40** | **0.00014%** |
| **SAF INVEST AS**<br>**POSTBOKS 622**<br>**6001 ALESUND NORWAY** | **Common Stock** | **42,872** | **0.14562%** |
| **SATER HAAKON MORTEN**<br>**TYRIHJELLVEIEN 27**<br>**1639 GAMLE FREDRIKSTAD**<br>**NORWAY** | **Common Stock** | **1,000** | **0.0034%** |
| **SATER, LISE**<br>**TYRIHJELLVEIEN 27**<br>**1639 GAMLE FREDRIKSTAD**<br>**NORWAY** | **Common Stock** | **1,000** | **0.0034%** |
| **SEB ENSKILDA ASA EGE**<br>**POSTBOKS 1363 VIKA**<br>**0113 OSLO  NORWAY** | **Common Stock** | **1,000** | **0.0034%** |
| **SELTE, NILS KLOUMANN**<br>**ANKERVEIEN 14**<br>**0782 OSLO NORWAY** | **Common Stock** | **13,200** | **0.04484%** |
| **SILVERCOIN INDUSTRIE**<br>**V/HAAKON SAETER**<br>**TYRIHJELLVEIEN 27 1639 GAMLE**<br>**FREDRIKSTAD NORWAY** | **Common Stock** | **1,000** | **0.0034%** |
| **SIX SIS AG**<br>**BASLERSTRASSE 100**<br>**CH 4600 OLTEN**<br>**SWITZERLAND** | **Common Stock** | **100,000** | **0.33966%** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Remedial (Cyprus) Public Company Ltd.**           ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SIX SIS AG 25PCT<br>BASLERSTRASSE 100<br>CH-4600 OLTEN<br>SWITZERLAND | Common Stock | 40,000 | 0.13587% |
| SKIBSAKTIESELSKAPET ABACO<br>ROSENKRANTZGT 22<br>0160 OSLO NORWAY | Common Stock | 2,024,000 | 6.87479% |
| SPAREBANKEN NORD-NOR<br>POSTBOKS 6800<br>KAPITALMARKED 9288 TROMSO<br>NORWAY | Common Stock | 51,500 | 0.17493% |
| SPAREBANKEN NORD-NOR<br>PENSJONSKASSE<br>V ANNE LISE LORENTZEN 9298<br>TROMSO NORWAY | Common Stock | 6,000 | 0.02038% |
| STENGRUNDET, HKAN<br>PB 48<br>2420 TRYSIL  NORWAY | Common Stock | 500 | 0.0017% |
| SUNDEM HOLDING<br>PB 124 SKOYEN<br>0212 OSLO NORWAY | Common Stock | 3,400 | 0.01155% |
| SVEIN EGGEN HOLDING<br>KIRKEHAUG 6<br>7650 VERDAL NORWAY | Common Stock | 57,600 | 0.19565% |
| THE WINTERBOTHAM TRUST COM<br>WINTERBOTHAM PLACE<br>MARLBOROUGH 7 QUEEN STREETS<br>N3026 NASSAU BAHAMAS | Common Stock | 1,349,000 | 4.58206% |
| THERMO TRADE COMPANY<br>STORGATA 1<br>1830 ASKIM NORWAY | Common Stock | 38,400 | 0.13043% |
| TRIONOR AS<br>POSTBOKS 2064<br>3255 LARVIK NORWAY | Common Stock | 25,000 | 0.08492% |
| WEBER,  FRANCOIS<br>RTE DE LAUSANNE 139<br>1197 PRANGINS<br>SWITZERLAND | Common Stock | 8,800 | 0.02989% |

Sheet  **8**  of  **9**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Remedial (Cyprus) Public Company Ltd.** _____ ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WICKLUND GEIR HARALD C/O BORGUND OKONOMI AS LILLEAKERVEIEN 14 0283 OSLO NORWAY** | **Common Stock** | **3,600** | **0.01223%** |
| **WICKLUND, GERD SOGSTI TERRASSE 3A 1440 DROBAK NORWAY** | **Common Stock** | **600** | **0.00204%** |
| **WICKLUND, THORBJORN W SOGSTI TERRASSE 3A 1440 DROBAK NORWAY** | **Common Stock** | **600** | **0.00204%** |
| **WIECO AS ROSENKRANTZG 22 0160 OSLO NORWAY** | **Common Stock** | **57,600** | **0.19565%** |
| **WIECO INVEST AS ROSENKRANTZGT 22 0160 OSLO NORWAY** | **Common Stock** | **257,600** | **0.87497%** |
| **WIESE, FREDRIK DALSVEIEN 55 0775 OSLO NORWAY** | **Common Stock** | **329,200** | **1.11817%** |
| **WIESE, LARS CHRISTIAN BJORNVEIEN 51A 0774 OSLO NORWAY** | **Common Stock** | **10,000** | **0.03397%** |
| **YRS INVESTMENTS LTD NO. 1 CLAYMORE DRIVE #0808 ORCHARD TOWERS SINGAPORE** | **Common Stock** | **1,459,088** | **4.95599%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **February 17, 2010** _____    Signature  **/s/ Stuart Bannerman** _____

**Stuart Bannerman**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __**9**__ of __**9**__ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court

## Southern District of New York

In re   **Remedial (Cyprus) Public Company Ltd.**

                                    Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Remedial (Cyprus) Public Company Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CONVEXA CAPITAL VI A**
**c/o Dnb Nors Bank ASA**
**Verdipapiservice**
**Stranden 21 0021**
**Oslo Norway**

**GOLDMAN SACHS INT. -**
**c/o Dnb Nors Bank ASA**
**Verdipapiservice**
**Stranden 21 0021**
**Oslo Norway**

**JCE GROUP AB**
**c/o Dnb Nors Bank ASA**
**Verdipapiservice**
**Stranden 21 0021**
**Oslo Norway**

☐ None [*Check if applicable*]

_____
**February 17, 2010**
Date

/s/ **Kenneth A. Rosen**
_____
**Kenneth A. Rosen (KR 4963)**
**John K. Sherwood (JS 2453)**
**Scott Cargill (SC 4827)**
Signature of Attorney or Litigant
Counsel for   **Remedial (Cyprus) Public Company Ltd.**
**Lowenstein Sandler PC**
**65 Livingston Avenue**
**Roseland, NJ 07068**
**212-262-6700**

# United States Bankruptcy Court
## Southern District of New York

In re    **Remedial (Cyprus) Public Company Ltd.**

                   Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Remedial (Cyprus) Public Company Ltd.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CONVEXA CAPITAL VI A**
**c/o Dnb Nors Bank ASA**
**Verdipapiservice**
**Stranden 21 0021**
**Oslo  Norway**

**GOLDMAN SACHS INT. -**
**c/o Dnb Nors Bank ASA**
**Verdipapiservice**
**Stranden 21 0021**
**Oslo  Norway**

**JCE GROUP AB**
**c/o Dnb Nors Bank ASA**
**Verdipapiservice**
**Stranden 21 0021**
**Oslo  Norway**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 17, 2010** | **/s/ Kenneth A. Rosen** |
| Date | **Kenneth A. Rosen (KR 4963)** |
| | **John K. Sherwood (JS 2453)** |
| | **Scott Cargill (SC 4827)** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Remedial (Cyprus) Public Company Ltd.** |
| | **Lowenstein Sandler PC** |
| | **1251 Avenue of the Americas, 18th Floor** |
| | **New York, NY  10020** |
| | **212-262-6700** |