.

# United States Bankruptcy Court
## Southern District of New York

In re    **Remedial (Cyprus) Public Company Ltd.**                 ,      Case No.    **10-10782 (REG)**

                                        Debtor          Chapter                **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 20,820,062.94 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 177,164,962.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,096,953.42 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 12,509,538.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 20,820,062.94 | | |
| Total Liabilities | | | | 190,771,454.10 | |

In re   **Remedial (Cyprus) Public Company Ltd.**

Debtor

Case No.  **10-10782 (REG)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Sub-Total >   **0.00**   (Total of this page)

Total >   **0.00**

(Report also on Summary of Schedules)

**0**  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Remedial (Cyprus) Public Company Ltd.**       Case No.   **10-10782 (REG)**

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **The Winterbotham Merchant Bank** **Account No. 1008061** | - | 9,846.78 |
| | | | **JP Morgan Chase London** **Account No. 0037131201** | - | 17,096.18 |
| | | | **JP Morgan Chase London** **Account No. 0037131202** | - | 1,067.54 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Alliant Insurance Services Houston LLC** **(premium insurance deposit)** | - | 250,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **The Hartford** **Universal Excess Policy No. DA 0249855-99** | - | 0.00 |
| | | | **Liberty Insurance Underwriters, Inc.** **Executive Advantage Policy No. DOHO787460001** | - | 0.00 |

Sub-Total >      278,010.50
(Total of this page)

   **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re   **Remedial (Cyprus) Public Company Ltd.** ,    Case No. __10-10782 (REG)__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Alliant Insurance Services, Inc.**<br>**Commercial General Liability/Marine Liabilities**<br>**Insurance**<br>**Policy No. NO1242246** | - | **0.00** |
| | | **Alliant Insurance Services**<br>**Marine Package Policy No. PEO801867000** | - | **0.00** |
| | | **Gard Insurance Company**<br>**Comprehensive General Liability Insurance** | - | **0.00** |
| | | **Gard Insurance Company**<br>**Insurance Policy for mobile offshore units** | - | **0.00** |
| | | **Water Quality Insurance Syndicate**<br>**Bunker Oil Pollution Policy No. 8770338** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Remedial Offshore Limited**<br>**Owns 100% or 50,000 shares** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Favelle Favco Cranes (M) Sdn.** | - | **1,378,891.44** |
| | | **Remedial Offshore Limited**<br>**(Due from wholly owned subsidiary)** | - | **19,163,161.00** |

Sub-Total >    **20,542,052.44**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Remedial (Cyprus) Public Company Ltd._____, Case No. __10-10782 (REG)_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Siemens Energy, Inc. Oil & Gas (possible dispute of time charged as being due to rework)** | - | Unknown |
| | | **LeTourneau Technologies (excessive time taken to have supplied equipment function as specified)** | - | Unknown |
| | | **Cosco Shipyard Co. (Remedial furnishing some shipyard items, replacement of seajet pump, anchor wire and fast rescue craft)** | - | Unknown |
| | | **Yantai Raffles, Ltd. (possible claim for delay)** | - | Unknown |
| | | **Steerprop (replacement/repair of thruster well cans)** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **See Exhibit 22 (Please note applications are pending)** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Remedial (Cyprus) Public Company Ltd.**     Case No.    __10-10782 (REG)__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Various machinery and equipment (See Attached Schedule B-29)** | **-** | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **20,820,062.94** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

## REMEDIAL (CYPRUS) PUBLIC COMPANY LTD.     EXHIBIT 22

| PROPERTY TYPE | TITLE | STATUS | COUNTRY | APPLICATION DATE | APPLICATION NUMBER | GREENBERG TRAURIG DOCKET NUMBER |
|---|---|---|---|---|---|---|
| Patent | METHODS OF HOLDING STATION AND MOORING AND ELEVATING SUPPORT VESSEL | Pending | Thailand | 3/24/2008 | 801001460 | 114700-010200/TH |
| Patent | METHODS OF HOLDING STATION AND MOORING AND ELEVATING SUPPORT VESSEL | Pending | United States | 3/26/2008 | 12/079,366 | 114700-010200/US/2 |
| Patent | METHODS OF POSITIONING AN ELEVATING SUPPORT VESSEL | Pending | Thailand | 3/24/2008 | 801001461 | 114700-010400/TH |
| Patent | METHODS OF POSITIONING AN ELEVATING SUPPORT VESSEL | Pending | United States | 3/26/2008 | 12/079,324 | 114700-010400/US/2 |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | Brazil | 3/28/2008 | PI 0808590-0 | 114700-010500/BR |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | China | 3/28/2008 | 2.0088E+11 | 114700-010500/CN |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | EPO | 3/28/2008 | 8807035.4 | 114700-010500/EP |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | Indonesia | 3/28/2008 | W00200903031 | 114700-010500/ID |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | India | 3/28/2008 | 3760/KOLNP/2009 | 114700-010500/IN |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | Mexico | 3/28/2008 | MX/a/2009/010275 | 114700-010500/MX |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | Malaysia | 3/28/2008 | PI 20093975 | 114700-010500/MY |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | Singapore | 3/28/2008 | 200906452-8 | 114700-010500/SG |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | Thailand | 3/24/2008 | 801001465 | 114700-010500/TH |
| Patent | ELEVATING SUPPORT VESSEL AND METHODS THEREOF | Pending | United States | 3/26/2008 | 12/079,321 | 114700-010500/US/2 |
| Patent | A VESSEL FOR TRANSPORTING WIND TURBINES AND METHODS THEREOF | Pending | PCT | 9/4/2009 | PCT/IB2009/053881 | 114700-010600/PCT |

| PROPERTY TYPE | TITLE | STATUS | COUNTRY | APPLICATION DATE | APPLICATION NUMBER | GREENBERG TRAURIG DOCKET NUMBER |
|---|---|---|---|---|---|---|
| Patent | VESSEL FOR TRANSPORTING WIND TURBINES AND METHODS THEREOF | Pending | United States | 9/4/2009 | 12/554,651 | 114700-010600/US |
| Patent | WORKOVER RIG ASSEMBLY AND METHODS THEREOF | Pending | Thailand | 3/24/2008 | 801001463 | 114700-010700/TH |
| Patent | WORKOVER RIG ASSEMBLY AND METHODS THEREOF | Pending | United States | 3/26/2008 | 12/079,362 | 114700-010700/US/2 |
| Patent | EXTENSION BRIDGES AND METHODS OF TENDER ASSIST | Pending | EPO | 3/28/2008 | 8789136.2 | 114700-010800/EP |
| Patent | EXTENSION BRIDGES AND METHODS OF TENDER ASSIST | Pending | Thailand | 3/24/2008 | 801001462 | 114700-010800/TH |
| Patent | EXTENSION BRIDGES AND METHODS OF TENDER ASSIST | Pending | United States | 3/26/2008 | 12/079,361 | 114700-010800/US/2 |
| Patent | ARM ASSEMBLY AND METHODS OF PASSING A PIPE FROM A FIRST VESSEL TO A SECOND VESSEL USING THE ARM ASSEMBLY | Pending | Thailand | 3/24/2008 | 801001458 | 114700-010900/TH |
| Patent | ARM ASSEMBLY AND METHODS OF PASSING A PIPE FROM A FIRST VESSEL TO A SECOND VESSEL USING THE ARM ASSEMBLY | Pending | United States | 3/26/2008 | 12/079,309 | 114700-010900/US/2 |
| Patent | EXTENSION ASSEMBLIES AND METHODS THEREOF | Pending | EPO | 3/28/2008 | 8789110.7 | 114700-011000/EP |
| Patent | EXTENSION ASSEMBLIES AND METHODS THEREOF | Pending | Thailand | 3/24/2008 | 801001459 | 114700-011000/TH |
| Patent | EXTENSION ASSEMBLIES AND METHODS THEREOF | Pending | United States | 3/26/2008 | 12/079,278 | 114700-011000/US/2 |
| | | | | | | |
| | | | | | | |
| Trademark | ESV | Allowed | United States | 10/16/2006 | 77/022,328 | 114700-011600/US |
| Trademark | R REMEDIAL OFFSHORE and Design | Allowed | United States | 4/25/2007 | 77/675,987 | 114700-011500 |

## Remedial (Cyprus) Public Company Ltd.
## Exhibit 29-B
## Physical Inventory
## January 31, 2010

| Asset: | Location | Cost ($) | Estimated Realisable Value($) |
|---|---|---|---|
| ESV Solution | Cosco, Qidong, China | 121,229,955.00 | Unknown |
| ESV Guardian | Yantai, Yantai, China | 115,632,774.00 | Unknown |
| Work Over Rig 1 | ARS, Houston, Texas, USA | 10,566,499.00 | Unknown |
| Work Over Rig 2 | ARS, Houston, Texas, USA | 9,189,681.00 | Unknown |
| 5" Gear Rack | Global, Houston, Texas, USA | 2,147,708.00 | 1,897,708.00 |
| Jacking System Siemens | Warehouse, Houston, Texas, USA | 1,406,577.00 | 700,000.00 |
| 3 Steerprop Azimuth SP35 Thrusters | Warehouse, Houston, Texas, USA | 2,344,445.00 | 1,619,445.00 |
| Total Industrial Air Tools | Steerprop, Pori, Finland | 138,172.00 | 98,172.00 |
| 3 x 7FDM16 & 1 x 7FDM8 Marine Engines | ARS, Houston, Texas, USA | 5,686,386.00 | 4,436,386.00 |
| Electrical Switchgear | Warehouse, Houston, Texas, USA | 1,212,787.00 | 962,787.00 |
| 600V Switchboard & Topdrive Controller | Warehouse, Houston, Texas, USA | 666,364.00 | 516,364.00 |
| Watermaker etc Alfa Lval | Warehouse, Houston, Texas, USA | 295,052.00 | 195,052.00 |
| Thruster Drives and Motors | Warehouse, Houston, Texas, USA | 1,643,473.00 | 1,243,473.00 |
| Bilge Water Separator | Warehouse, Houston, Texas, USA | 70,520.00 | 40,520.00 |
| Small Pumps | Warehouse, Houston, Texas, USA | 25,409.00 | 15,409.00 |
| | TOTAL: | 272,255,802.00 | Unknown |

In re **Remedial (Cyprus) Public Company Ltd.**                                              ,     Case No.    **10-10782 (REG)**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Bond Loan dated 3-28-2007, secured by floating charge on construction contracts, fixed charge on escrow account and lien on certain owner-furnished equipment, engines and rack and chord material | | | | | |
| **Norsk Tillitsmann ASA c/o Bingham McCutchen LLP 399 Park Avenue New York, NY 10022** | | - | | | | | | |
| | | | Value $                   **0.00** | | | | **177,164,962.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **177,164,962.00** | **0.00** |
| Total (Report on Summary of Schedules) | **177,164,962.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

.

In re   **Remedial (Cyprus) Public Company Ltd.**                 ,    Case No.   **10-10782 (REG)**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re   **Remedial (Cyprus) Public Company Ltd.**                        Case No.   **10-10782 (REG)**
                                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| **Account No.** | | | | Special Defense Contribution Estimated tax payable for 2009 | | | | | | |
| **Ministry of Finance Inland Revenue Department 1472 Nicosia, Cyprus** | - | | | | | | | 693.22 | 693.22 | 0.00 |
| **Account No.** | | | | Special Defense Contribution Contingent liability for 2007 through 2009 | | | | | | |
| **Ministry of Finance Inland Revenue Department 1472 Nicosia, Cyprus** | - | | | | X | X | | 1,096,260.20 | 1,096,260.20 | 0.00 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to | | Subtotal | 1,096,953.42 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 1,096,953.42 | 0.00 |
| | Total | | 1,096,953.42 |
| | (Report on Summary of Schedules) | 1,096,953.42 | 0.00 |

In re    **Remedial (Cyprus) Public Company Ltd.**      ,    Case No.    **10-10782 (REG)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ABS** <br> **16855 Northchase Drive** <br> **Houston, TX 77060** | - | | | | | | 18,000.00 |
| Account No. <br><br> **Advanced Rig Services** <br> **6750 Bender Road** <br> **Humble, TX 77396** | - | | | | | | 56,819.08 |
| Account No. <br><br> **AM Electrical Services, Inc.** <br> **2102 Stone Road** <br> **Pearland, TX 77581** | - | | | | | | 8,150.00 |
| Account No. <br><br> **Ameren Sales International** <br> **4311 FM 2351** <br> **Suite A** <br> **Friendswood, TX 77546** | - | | | | | | 22.48 |

|  | Subtotal <br> (Total of this page) | 82,991.56 |
|---|---|---|

   **5**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              S/N:25940-091215    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Remedial (Cyprus) Public Company Ltd.**          ,   Case No.   __10-10782 (REG)__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Applied Machinery Corporation 18734 E. Hardy Road Houston, TX 77073 | - | | | | | | 420.00 |
| Account No. | | | | | | | |
| Bingham McCutchen (London) LLP 41 Lothbury London EC2R7HF England | - | | | | | | 200,337.99 |
| Account No. | | | | | | | |
| Chrysses Demetriades Fortuna Court Blck B, 2nd Floor, 284 Arch. M III Ave. PO Box 50132 Limassol Cyprus 3601 | - | | | | | | 163.27 |
| Account No. | | | | | | | |
| Dixie Pipe Sales, Inc. 2407 Brollier Street Houston, TX 77054 | - | | | | | | 2,255.35 |
| Account No. | | | | | | | |
| DnB Bank ASA Verdipapiservice Stranden 21, 0021 Oslo, Norway | - | | | | | | 1,335.02 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **204,511.63**

In re  **Remedial (Cyprus) Public Company Ltd.**                                    ,     Case No.   **10-10782 (REG)**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Subject to setoff.** | | | | |
| **Favelle Favco Cranes (M) Sdn.** **Lot 42, Persiaran bunga** **Tanjung 2, Senawang Ind. Park** **70400 Seremban, Negeri** **Malaysia 70400** | - | | | | | | | 629,288.30 |
| Account No. | | | | | | | | |
| **Gardere Wynne Sewell, LLP** **1000 Louisiana Street** **Suite 3400** **Houston, TX 77002** | - | | | | | | X | 5,117.50 |
| Account No. | | | | | | | | |
| **Higgins Supply Inc.** **1769 Upland** **PO Box 19449** **Houston, TX 77224-9449** | - | | | | | | | 946.00 |
| Account No. | | | | | | | | |
| **Hugin** **THV Meyers Gt. 11** **Oslo, Norway N-0555** | - | | | | | | | 3,811.39 |
| Account No. | | | | | | | | |
| **IEC Systems LP** **4514 Brittmore** **Houston, TX 77041** | - | | | | | | | 32,107.50 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

671,270.69

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Remedial (Cyprus) Public Company Ltd.**                          ,   Case No.   __10-10782 (REG)__
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Le Tourneau Technologies 6401 W. Sam Houston Parkway N. Houston, TX 77041-5102 | | - | | | | | 76,739.25 |
| Account No. | | | | | | | |
| Matherne Instrumentation 128 Capital Boulevard Houma, LA 70360 | | - | | | | | 281.77 |
| Account No. | | | | | | | |
| McJunkin Red Man Corporation PO Box 676316 Dallas, TX 75267-6316 | | - | | | | | 10,947.77 |
| Account No. | | | | | | | |
| McKenzie Equipment Company PO Box 752329 Houston, TX 77275-2329 | | - | | | | | 1,877.56 |
| Account No. | | | | | | | |
| McLean Cargo PO Box 60469 AMF Houston, TX 77205 | | - | | | | | 36,988.16 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          126,834.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Remedial (Cyprus) Public Company Ltd.**                              Case No.   **10-10782 (REG)**
_____,
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| Par Ventures LLC PO Box 691306 Houston, TX 77269-1306 | - | | | | | | | | 265.00 |
| Account No. | | | | | | | | | |
| PricewaterhouseCoopers, Ltd. City House 6 Karaiskakis Street CY Limassol 3032, Cyprus | - | | | | | | | | 41,614.82 |
| Account No. | | | | | | | | | |
| SEB Enskilda Attn:  Morten Bjonnstu PO Box 1363 Vika, No-0113 Oslo Oslo, Norway | - | | | | | X | | X | 2,600,708.86 |
| Account No. | | | | | | | | | |
| Siemens Energy, Inc. Oil & Gas 15990 N. Barkers Landing Suite 100 Houston, TX 77079 | - | | | | | | | X | 1,614,300.75 |
| Account No. | | | | | | | | | |
| South Texas Bolt & Fitting 4845 Homestead Road, Suite 500 Houston, TX 77028 | - | | | | | | | | 40.80 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     4,256,930.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re  **Remedial (Cyprus) Public Company Ltd.** , Case No. __10-10782 (REG)__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Swedbank AB** **105 34 Stockholm** **Sweden** | - | | | | | | | 7,162,265.02 |
| Account No. | | | | | | | | |
| **Thomas Tools** **PO Box 200701** **Dallas, TX 75320-0701** | - | | | | | | | 4,452.80 |
| Account No. | | | | | | | | |
| **Triple S Steel Supply Co.** **6000 Jensen Drive** **Houston, TX 77026** | - | | | | | | | 282.24 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal (Total of this page) | 7,167,000.06 |
| | Total (Report on Summary of Schedules) | 12,509,538.68 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

.

In re **Remedial (Cyprus) Public Company Ltd.** , Case No. **10-10782 (REG)**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Advanced Rig Services<br>6750 Bender Road<br>Humble, TX 77396 | Rig Up process (08-52-03) Unit Rates (PO 119 & 120) |
| Advanced Rig Services<br>6750 Bender Road<br>Humble, TX 77396 | Leg Braces including paint and installation (PO 512) |
| AM Electrical Services, Inc.<br>2102 Stone Road<br>Pearland, TX 77581 | Electrical Supervision (PO 370) |
| Amerifab International<br>6942 FM 1960 East #187<br>Humble, TX 77346-2706 | Panels |
| Amerifab International<br>6942 FM 1960 East #187<br>Humble, TX 77346-2706 | Panel (09-82-04) |
| Applied Machinery Corp<br>18734 E. Hardy Road<br>Houston, TX 77073 | Pins for leg braces (PO 513) |
| Butcher's Welding & Fab<br>5367 Etheline Drive<br>Houston, TX 77039-3911 | Air Receiver (08-24-03) |
| Butcher's Welding & Fab<br>5367 Etheline Drive<br>Houston, TX 77039-3911 | Air Receiver (08-24-04) |
| Clark Filters<br>3649 Hempland Road<br>Lancaster, PA 17601-1323 | Filters for genset operation before and during sea trials (PO 306) |
| Cosco (Nantong) Shipyard Co.<br>No. 1 Zhongyuan Road<br>Nantong, Jiangsu<br>226006 China | Shipyard Contract |
| Derricks, Masts & Structures<br>11983-A FM 529<br>Houston, TX 77041-3017 | Substructure Drill Floor Wings (08-42-04) |

**3**

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DL Quality Painting**<br>**PO Box 1282**<br>**Houston, TX 77251** | **Painting of Choke Manifold Parts (PO 186)** |
| **DL Quality Painting**<br>**PO Box 1282**<br>**Houston, TX 77251** | **Painting of Choke Manifold Parts (PO 176)** |
| **East Houston Fabrication**<br>**8709 Miller Road, Q#2**<br>**Houston, TX 77049** | **BOP Cart (Labor & mat) PO09-46-01** |
| **Favelle Favco Cranes (M) Sdn.**<br>**Lot 42, Persiaran bunga**<br>**Tanjung 2, Senawang Ind. Park**<br>**70400 Seremban, Negeri**<br>**Malaysia 70400** | **Favco 7.5/10K Crane (PO 07-01-08)** |
| **Forum Oifield Bearing Industries**<br>**25050 Pitkin Road**<br>**Spring, TX 77386** | **Components for Standpipe Manifold (PO 286)** |
| **Global**<br>**PO Box 9716**<br>**The Woodlands, TX 77387** | **5  Gear Rack** |
| **Global**<br>**PO Box 9716**<br>**The Woodlands, TX 77387** | **Chord Material** |
| **Gulf Coast Fasteners, Inc.**<br>**1626 Town Hurst**<br>**PO Box 19331**<br>**Houston, TX 77039-3911** | **A325 Bolts for Cantilever Beam Claw Base (PO 236)** |
| **Gulf Coast Fasteners, Inc.**<br>**1626 Town Hurst**<br>**PO Box 19331**<br>**Houston, TX 77039-3911** | **A325 Bolts for Cantilever Beam Claw Base (PO 236)** |
| **Gulf Coast Fasteners, Inc.**<br>**1626 Town Hurst**<br>**PO Box 19331**<br>**Houston, TX 77039-3911** | **Bolts and washers (PO 303)** |
| **Hodell Natco**<br>**7220 Golden Gate drive**<br>**Houston, TX 77041** | **Bolts (PO 125)** |
| **Hydrane Hydraulics**<br>**PO Box 974799**<br>**Dallas, TX 75397-4799** | **Hydraulic Cylinders, Rod End Clevis (08-73-02)** |

Sheet __1__ of __3__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Industrial Air Tools<br>1305 West Jackson<br>Pasadena, TX 77506 | Chester Trolley Hoist (PO 08-14-11)-C1 |
| Industrial Air Tools<br>1305 West Jackson<br>Pasadena, TX 77506 | BOP installation kit, filters, lubricators (08-14-13) |
| Industrial Air Tools<br>1305 West Jackson<br>Pasadena, TX 77506 | Air Starters (PO 315) |
| L-3 Dynamic Positioning &<br>Control Systems<br>12131 Community Road<br>Poway, CA 92064-8893 | Vessel Control and Monitoring System |
| L-3 Dynamic Positioning &<br>Control Systems<br>12131 Community Road<br>Poway, CA 92064-8893 | Engineering Service, expenses for DP/VMS Commissioning. (PO 394) |
| L-3 Dynamic Positioning &<br>Control Systems<br>12131 Community Road<br>Poway, CA 92064-8893 | Vessel Control and Monitoring System (PO 07-05-01) |
| McJunkin Redman Corporation<br>12361 FM 3083<br>Conroe, TX 77301 | Pipe fittings (PO 514) |
| Petroleum Oil Tools<br>PO Box 11294<br>Spring, TX 77391 | Drilling Spool, Choke manifold, Line Assembly |
| Petroleum Oil Tools<br>PO Box 11294<br>Spring, TX 77391 | Test Stump (PO 204) |
| Petroleum Oil Tools<br>PO box 11294<br>Spring, TX 77391 | Test Pump (PO 205) |
| Petroleum Oil Tools<br>PO Box 11294<br>Spring, TX 77391 | Choke & Drilling Spool (08-54-001) |
| Petron Industries<br>11872 Brittmore Road<br>Houston, TX 77043 | Replacement of Lens on Weight Indicator (PO 446) |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Siemens Energy, Inc. Oil & Gas<br>15990 N. Barkers Landing<br>Suite 100<br>Houston, TX 77079 | Additional Commissioning .Support. Fees for Jacking Control System |
| Siemens Energy, Inc. Oil & Gas<br>15990 N. Barkers Landing<br>Suite 100<br>Houston, TX 77079 | Remediation work on Jacking Control System-Offshore (PO 135) |
| Siemens Energy, Inc. Oil & Gas<br>15990 N. Barkers Landing<br>Suite 100<br>Houston, TX 77079 | Tech.-Start Up and Commissioning Of GM 150 Drives & Motors |
| Siemens Energy, Inc. Oil & Gas<br>15990 N. Barkers Landing<br>Suite 100<br>Houston, TX 77079 | Additional Commissioning Supervision for Jacking Control System (PO 485) |
| Siemens Energy, Inc. Oil & Gas<br>15990 N. Barkers Landing<br>Suite 100<br>Houston, TX 77079 | Tech Assist for Start Up and Comm.of GM 150 Drives & Motors (PO 475) |
| Steerprop<br>PO Box 10055<br>New Orleans, LA 70181-0055 | Thruster Commissioning Support |
| Triumph International<br>18812 Tomato Street<br>Spring, TX 77379 | Tongs & Handling Tools (PO 60) |
| Triumph International<br>18812 Tomato Street<br>Spring, TX 77379 | Air drill pipe, rotary slips,drill pipe elevators,etc (08-40-03) |
| Triumph International<br>18812 Tomato Street<br>Spring, TX 77379 | 5-1/2 HSVS Tong & Acc & 8-5/8 Hydrashift Drill Pipe (08-40-01) |
| Volta LLC<br>14350 Chrisman Road<br>Houston, TX 77039-1509 | 480V Switchgear (PO 08-06-23) |
| Yantai Raffles, Ltd.<br>One Claymore Drive<br>08-04 Orchard Towers<br>Singapore 229594 | Shipyard Contract |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re    **Remedial (Cyprus) Public Company Ltd.**       ,    Case No.   **10-10782 (REG)**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**       continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Southern District of New York

In re    __Remedial (Cyprus) Public Company Ltd.__

                   Debtor(s)

Case No.    __10-10782 (REG)__

Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __March 17, 2010__        Signature

                                    **Stuart Bannerman**
                                    **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Remedial (Cyprus) Public Company Ltd.**        Case No.    **10-10782 (REG)**

                                              Debtor(s)        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$768,761.00** | **2010 YTD: Business Income** |
| **$5,978,234.00** | **2009: Business Income** |
| **$8,747,113.00** | **2008: Business Income** |

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,201.00** | **2009: Interest / Dividends** |
| **$441,649.00** | **2008: Interest / Dividends** |

**3. Payments to creditors**

None ■   **Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3(b)** | | **$0.00** | **$0.00** |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3(c)** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068** | **2/16/2010** | **$249,970.00** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Yantai Shipyard<br>Yantai, China<br>    5% Shareholder** | **March 2008** | **Sale of 6" corner posts<br>$2,349,000.00** |
| **Yantai Shipyard<br>Yantai, China<br>    5% Shareholder** | **March 2008** | **Sale of 5" Corner Posts and Chord Material<br>$3,948,000.00** |
| **Global Fabrication<br>Houston, TX<br>    none** | **December 2008** | **Sale of leg material<br>$2,436,596.00** |
| **Remedial Offshore, Limited<br>Building 9<br>Caves Village<br>PO Box N3026<br>Nassau Bahamas<br>    Wholly owned subsidiary** | **December 2008** | **Transfer of the following assets (charted to inter-company account):<br>Deposit on 3 Thrusters<br>RS47F - Server<br>6" Gear Rack 216'<br>5" Gear Rack 648'<br>Half Chord 1,728'<br>Welding to turn 6"/5"/Chord into corner posts<br>$3,231,569.71** |
| **Remedial Offshore, Limited<br>Building 9<br>Caves Village<br>PO Box N3026<br>Nassau, Bahamas<br>    Wholly owned subsidiary** | **April 2009** | **Transfer of the following assets (charged to inter-company account):<br>Favelle Favco PC7.5/10k Serial 1499 Offshore Pedestal Crane<br>$881,130.00** |
| **Remedial Offshore, Limited<br>Building 9<br>Caves Village<br>PO Box N3026<br>Nassau Bahamas<br>    Wholly owned subsidiary** | **June 2, 2009** | **Transfer of the following assets (charged to inter-company account):<br>Favelle Favco PC7.5/10K Serial 1499 Offshore Pedestal Crane<br>$881,130.00** |
| **Remedial Offshore, Limited<br>Building 9<br>Caves Village<br>PO Box N3026<br>Nassau Bahamas<br>    Wholly owned subsidiary** | **September 30, 2009** | **Transfer of the following assets (charged to Inter-company account):<br>Le Tourneau Triplex Mud Pump WH2214<br>$590,000.00** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Favelle Favco Cranes (M) Sdn.** **Lot 586, 2nd Mile** **Jalan Batu Tiga Lama** **4300 Klang Selangor** **Darul Ehsan Malaysia** None | **November 2009** | **Crane sold to Kaota Offshore Management $3,598,592.80** |
| **TC Tubular** **Texas** None | **November 2009** | **Sale of excess plate material $27,380.64** |
| **Remedial Offshore Limited** **Building 9** **Caves Village** **PO Box N3026** **Nassau Bahamas** wholly owned subsidiary | **February 2010** | **Transfer of the following assets (charted to inter company account): Hydril  Annular Serial No. 111280056  01, Complete with element; Double BOP  111116208 01,  Complete with rams; Single BOP  111223035 01 Complete with rams. (Cameron). $768,761.00** |
| **Norsk Tillitsmann ASA** **c/o Bingham McCutchen LLP** **399 Park Avenue** **New York, NY 10022** Bondholder | **December 2009** | **A lien was provided against engines and rack and chord material located in Texas in order to support a $3,000,000 interim loan** |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **The Winterbotham Merchant Bank** **Marlborough and Queen Streets** **Nassau PO Box 3026** **The Bahamas** | **Escrow Deposit Bank Account, which held the unspent bondholder funds** **Bank account ending 8108** | **12/15/2009** **$56,503,870.99** **Funds returned to the Bond Trustee** |

### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR      DATE OF SETOFF      AMOUNT OF SETOFF

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER      DESCRIPTION AND VALUE OF PROPERTY      LOCATION OF PROPERTY

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS      NAME USED      DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS      NAME AND ADDRESS OF GOVERNMENTAL UNIT      DATE OF NOTICE      ENVIRONMENTAL LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS      NAME AND ADDRESS OF GOVERNMENTAL UNIT      DATE OF NOTICE      ENVIRONMENTAL LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Remedial Offshore Limited** | 98-0517756 | **Caves Village, Building 9 PO Box N-3026 Nassau Bahamas** | **To Operate ESV's and supply personnel and operational support services** | **9-14-2006 - Present** |
| **Remedial Offshore, LLC** | 65-1289880 | **1300 N. Sam Houston Parkway East Suite 305 Houston, TX 77032** | **To provide engineering procurement and maintenance support services to the ESV's** | **5-1-2006 - Present** |
| **Remedial Offshore (m) Sdn. Bhd.** | | **19A-17-3, Levl 17 No. 19, Jalan Pinang UOA Centre 50450 Kuala Lumpur, Malaysia** | **To operate ESV's and supply personnel and operational support services** | **11-27-2006 - Present** |
| **Remedial Offshore de Mexico S.A. de C.V.** | ROMO70601DG6 | **Blvd. Manuel Avila Camacho 36-1802 Lomas de Chapultepec Distrito Federal 11000** | **To operate ESV's and supply personnel and operational support services** | **6-18-2007 - Present** |

None
■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                  ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None


   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Enderica, Cecelia**<br>**2400 Yorktown**<br>**Apt. 22**<br>**Houston, TX 77056** | **12-2006 through Present** |
| **Manauis, Michael**<br>**19 Stevenson Subdivision**<br>**Nassau Bahamas** | **October 2008 - Present** |
| **Bannerman, Stuart**<br>**19927 Erika Way**<br>**Katy, TX 77450** | **4-2007 - Present** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **PriceWaterhouseCoopers Limited** | **City House**<br>**6 Karaiskakis Street**<br>**CY-3032  Limassol**<br>**Cyprus** | **Books are audited on an annual basis**<br>**December 2006 - Present** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Remedial Offshore Limited**<br>**All books and records from inception through 2009** | **Building 9**<br>**Caves Village PO Box N3026**<br>**Nassau Bahamas** |
| **Remedial Offshore LLC**<br>**2010 Books and records** | **1300 N. Sam Houston Parkway East**<br>**Suite 305**<br>**Houston, TX 77032** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **To All Shareholders**<br>**See Matrix for addresses** | **Remedial Cyrpus posts a copy of its Annual Audited Financial Statements to all shareholders along with the Annual General Meeting Notice each year.** |

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **JCE Group AB**<br>**PO Box 53230**<br>**S-40016 Goteborg**<br>**Sweden** | | **28.69% stock ownership**<br>**8,447,712 shares** |
| **Goldman Sachs Int. (NOM)**<br>**Equity Security Client Segregation**<br>**Peterborough Court**<br>**133 Fleet Street London**<br>**EC4A 2BB UK** | | **15.88% stock ownership**<br>**4,676.600 shares** |
| **Convexa Capital VI AS**<br>**Postboks 1755 Vika**<br>**0122**<br>**Oslo Norway** | | **11.58% stock ownership**<br>**3,409,200 shares** |
| **Skibsaktieselskapet Abaco**<br>**Rosenkrantzgt 22**<br>**0160 Oslo Norway** | | **6.87% stock ownership**<br>**2,024,000 shares** |
| **Credit Suisse (NOM)**<br>**11 Madison Avenue**<br>**New York, NY 10010-3629** | | **5.07% stock ownership**<br>**1,494,104** |
| **Eggen, Svein**<br>**44 Wood Wharf Apartments**<br>**Horseferry Place GB SE10 9BB**<br>**London UK** | **Director** | **1.39% stock ownership**<br>**408,400 shares** |
| **Bannerman, Stuart**<br>**19927 Erika Way Drive**<br>**Katy, TX 77450** | **Chief Financial Officer** | |
| **Davis, Eugene**<br>**200 East 57th Street**<br>**Apt. 18K**<br>**New York, NY** | **Director** | |
| **Scher, Bradley**<br>**56 Harrison Street, 203A**<br>**New Rochelle, NY 10801** | **Director** | |

**22 . Former partners, officers, directors and shareholders**

None
■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Eggen, Svein**<br>**44 Wood Wharf Apartments**<br>**London**<br>**United Kingdom** | **Chief Executive Officer** | **1-31-2010** |
| **Ericsson, Christer**<br>**Osterbodarne Egendom**<br>**Alingsas S-44196**<br>**Sweden** | **Director** | **6-30-2009** |
| **Gretland, Bjorge**<br>**P.T. Mailings vei, 27A**<br>**N-0286**<br>**Oslo Norway** | **Director** | **12-14-2009** |
| **Lorentzon, Ola**<br>**Stallgatan, 6**<br>**Smogen, S-450**<br>**43 Sweden** | **Director** | **12-14-2009** |
| **Borgen, Knut**<br>**Kamares Club, Box 65**<br>**P.C. 8101**<br>**Paphos, Cyprus** | **Director** | **12-14-2009** |
| **Coleman, William Gregory**<br>**Southampton Street, 10**<br>**Tower House**<br>**London, WC2E 7HA**<br>**United Kingdom** | **Director** | **12-14-2009** |
| **Altman, Rich**<br>**5635 Spring Lodge Drive**<br>**Kingwood, TX 77345** | **Chief Executive Officer** | **April 2009** |
| **Wilson, Kevin**<br>**22426 Kendall Shay Court**<br>**Katy, TX 77450** | **Vice President of Latin America** | **May 2009** |
| **Dolphin, James**<br>**c/o AMA Capital Partners**<br>**405 Lexington Avenue**<br>**67th Floor**<br>**New York, NY 10174** | **Director** | **2-11-2010** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **See Exhibit 3(c)** | | |

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**Remedial Cyprus Public Company Ltd.  Exhibit 3(b)**

PAYMENT REGISTER
From November 13, 2009 to February 17, 2010

| NAME OF CREDITORS | ADDRESS | DATE OF PAYMENT | CURRENCY | AMOUNT PAID | USD AMOUNT PAID | TOTAL PAID per SUPPLIER | RECEIPTS | AMOUNT STILL OWING |
|---|---|---|---|---|---|---|---|---|
| A M Electrical Services Inc. | 2102 Sto_ne Road__Pearland TX_77581 United States | 16-Dec-09 | USD | 6,975.60 | 6,975.60 | | | |
| A M Electrical Services Inc. (Interco with ROLLC) | 2102 Stone R Pearland TX 7758 1 United States | 13-Nov-09 | USD | 4,925.00 | 32,741.00 | | | |
| A M Electrical Services Inc.(Interco with ROLLC) | 2102 Stone Road  Pearland TX 77581 United States | 25-Jan-10 | USD | 4,665.00 | 4,665.00 | 44,381.60 | | 8,150.00 |
| Accu-Tech | 1812 Bri_ttmoore Road, S__Houston TX_77043 United States | 15-Dec-09 | USD | 6,807.84 | 6,807.84 | | | |
| Accu-Tech | 1812 Brittmo Houston TX 77043 United States | 13-Nov-09 | USD | 19,452.80 | 19,452.80 | 26,260.64 | | |
| Advanced Rig Services | 6750 Ben_der Road__Humble TX 7_7396 United States | 15-Dec-09 | USD | 29,404.50 | 29,404.50 | | | |
| Advanced Rig Services | 6750 Bender Road  Humble TX 7 7396 United States | 12-Feb-10 | USD | 8,616.50 | 8,616.50 | | | |
| Advanced Rig Services | 6750 Bender Road Humble TX 7 7396 United States | 25-Jan-10 | USD | 28,164.84 | 28,164.84 | 66,185.84 | | 56,819.08 |
| Bingham McCutchen (London) LLP | 41 Lothb_ury__London EC2R_7H United Kingdom | 24-Dec-09 | EUR | 50,000.00 | 81,802.50 | 81,802.50 | | 200,337.99 |
| Bjorge Gretland - Director's Fees 2009 | | 24-Dec-09 | USD | 25,000.00 | 25,000.00 | 25,000.00 | | |
| Bugge, Arentz- Hansen & Rasmussen Advokatfirma | Stranden 1 Postboks 1524 Vika N-0117 OSLO Oslo TX United States | 13-Jan-10 | EUR | 50,000.00 | 74,050.50 | 74,050.50 | | |
| CCS - Connector & Cable Specialties | 4325 FM 2351 Bldg. 2, Ste. 200  Friendswood TX 7 7546 United State | 13-Nov-09 | USD | 4,160.00 | 4,160.00 | | | |
| Christer Ericsson - Director's Fees 2009 | | 24-Dec-09 | USD | 12,500.00 | 12,500.00 | 16,660.00 | | |
| Chrysses Demetriades | Fortuna Court Block B, 2nd Floor P.O.B 50132 Limassol Cypr 3601 Cyprus | 25-Jan-10 | EUR | 3,450.00 | 4,960.06 | | | 163.27 |
| Chrysses Demetriades | Fortuna Court Block B, 2nd Floor P.O.B 50132 Limassol Cypr 3601 Cyprus | 24-Dec-09 | EUR | 1,539.55 | 2,255.90 | 7,215.96 | | |
| DnB NOR Bank ASA | Stranden 21  OSLO 0021 N orway | 27-Jan-10 | NOK | 15,700.00 | 2,795.74 | | | |
| DnB NOR Bank ASA | Stranden 21  OSLO 0021 N orway | 12-Feb-10 | NOK | 11,922.00 | 2,091.87 | | | |
| DnB NOR Bank ASA | Stranden_21__OSLO 0021 N_orway | 15-Dec-09 | NOK | 3,685.00 | 657.26 | 5,544.87 | | |
| Favelle Favco | | 11-Jan-10 | | | | | 500,000.00 | 629,288.30 |
| Gene Davis | 5 Canoe BrookDrive  Livingston NJ 07039 United States | 15-Jan-10 | USD | 12,602.02 | 12,602.02 | 12,602.02 | | |
| Greenberg Traurig | 1000 Louisiana Street,  Houston TX 77002 United States | 25-Jan-10 | USD | 1,374.07 | 1,374.07 | | | |
| Greenberg Traurig | 1000 Louisiana Street,  Houston TX 77002 United States | 12-Feb-10 | USD | 3,233.55 | 3,233.55 | | | |
| Greenberg Traurig | 1000 Lou_isiana Street,__Houston TX_77002 United States | 15-Dec-09 | USD | 3,894.05 | 3,894.05 | 8,501.67 | | |
| IEC SYSTEMS LP | 4514 BRI_TTMORE__HOUSTON TX_77041 United States | 15-Dec-09 | USD | 9,180.00 | 9,180.00 | 9,180.00 | | |
| Knut Borgen | | 30-Nov-09 | EUR | 1,827.50 | 2,809.42 | | | |
| Knut Borgen - Director's Fees 2009 | | 24-Dec-09 | USD | 25,000.00 | 25,000.00 | 27,809.42 | | |
| L3 COMMUNICATIONS | DYNAMIC POSITIONING & C 12131 COMMUNITY RD .POWAY CA 92 064 United States | 19-Jan-10 | USD | 61,901.85 | 61,901.85 | | | |
| L3 COMMUNICATIONS | DYNAMIC POSITIONING & C 12131 COMMUNITY RD .POWAY CA 92 064 United States | 5-Feb-10 | USD | 25,000.00 | 25,000.00 | | | |
| L3 COMMUNICATIONS | DYNAMIC POSITIONING & C 12131 COMMUNITY RD .POWAY CA 92 064 United States | 10-Feb-10 | USD | 25,000.00 | 25,000.00 | | | |
| L3 COMMUNICATIONS | DYNAMIC POSITIONING & C 12131 COMMUNITY RD .POWAY CA 92 064 United States | 12-Feb-10 | USD | 616.00 | 616.00 | | | |
| L3 COMMUNICATIONS | DYNAMIC POSITIONING & C 12131 COMMUNITY RD .POWAY CA 92 064 United States | 16-Feb-10 | USD | 25,000.00 | 25,000.00 | 137,517.85 | | |
| MacGregor Plimsoll | 48 Tuas Road  Singapore 6 38500 Singapore | 27-Jan-10 | SGD | 73,300.00 | 54,001.09 | | | |
| MacGregor Plimsoll Pte Ltd | 48 Tuas Road  Singapore 6 38500 Singapore | 17-Feb-10 | SGD | 3,809.00 | 2,799.29 | 56,800.38 | | |
| McLean Cargo | P.O. Box 60469 AMF  Houston TX 77205 United States | 25-Jan-10 | USD | 15,398.93 | 15,398.93 | | | |
| McLean Cargo | P.O. Box 60469 AMF  Houston TX 77205 United States | 12-Feb-10 | USD | 2,970.02 | 2,970.02 | | | 35,651.76 |
| McLean Cargo | P.O. Box_60469 AMF__Houston TX_77205 United States | 15-Dec-09 | USD | 6,030.50 | 6,030.50 | 24,399.45 | | |
| McRay Crane & Rigging | P.O. Box 157 Pearland TX 7758 8 United States | 13-Nov-09 | USD | 4,315.00 | 4,315.00 | | | |
| McRay Crane & Rigging | P.O. Box 157 Pearland TX 7758 8 United States | 13-Nov-09 | USD | 4,315.00 | 4,315.00 | 8,630.00 | | |
| Nimmo & Associates | 28402 Te_al Court__Magnolia TX_77355 United States | 15-Dec-09 | USD | 10,000.00 | 10,000.00 | | | |
| Nimmo & Associates | 28402 Te_al Court__Magnolia TX_77355 United States | 14-Jan-10 | USD | 6,500.00 | 6,500.00 | 16,500.00 | | |
| Norsk Tillitsmann ASA Postboks | 1470 Vika 0116 Oslo | | USD | | | | 1,800,000.00 | |
| Norsk Tillitsmann ASA Postboks | 1470 Vika 0116 Oslo | 26-Jan-10 | USD | | | | 1,200,000.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ola Lorentzon | 1300 N. Sam Houston Pw k Ste 305 Houston TX 77032 United States | 25-Jan-10 | SEK | 1,807.00 | 257.44 | | |
| Ola Lorentzon - Director's Fees 2009 | | 24-Dec-09 | USD | 25,000.00 | 25,000.00 | 25,257.44 | |
| | | | | | | | |
| RECONTEC B.V. | DALTONSTRAAT40  3316 GD DOR D Netherlands | 25-Jan-10 | EUR | 60,360.84 | 86,551.41 | 86,551.41 | |
| | | | | | | | |
| Remedial Cyprus, PCL | 1300 N._Sam Houston Pwk_Ste 305_Houston TX_77032 United States | 30-Nov-09 | USD | | | | 189,000.00 |
| | | | | | | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 20-Nov-09 | USD | 195,000.00 | 195,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 23-Nov-09 | USD | 20,000.00 | 20,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 23-Nov-09 | USD | 60,000.00 | 60,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 23-Nov-09 | USD | 75,000.00 | 75,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 2-Dec-09 | USD | 60,000.00 | 60,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 2-Dec-09 | USD | 60,000.00 | 60,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 23-Dec-09 | USD | 100,000.00 | 100,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 23-Dec-09 | USD | 300,000.00 | 300,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 23-Dec-09 | USD | 400,000.00 | 400,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 30-Dec-09 | USD | 100,000.00 | 100,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 13-Jan-10 | USD | 50,000.00 | 50,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 22-Jan-10 | USD | 200,000.00 | 200,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 25-Jan-10 | USD | 50,000.00 | 50,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 28-Jan-10 | USD | 50,000.00 | 50,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 27-Jan-10 | USD | 100,000.00 | 100,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 27-Jan-10 | USD | 100,000.00 | 100,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 27-Jan-10 | USD | 300,000.00 | 300,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 12-Feb-10 | USD | 20,000.00 | 20,000.00 | | |
| REMEDIAL OFFSHORE LIMITED | Caves Village Bld.9 West bay Street, Nassau Bahamas | 12-Feb-10 | USD | 100,000.00 | 100,000.00 | 2,340,000.00 | |
| | | | | | | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 13-Nov-09 | USD | 32,741.00 | 32,741.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 23-Nov-09 | USD | 90,000.00 | 90,000.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 2-Dec-09 | USD | 100,000.00 | 100,000.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 23-Dec-09 | USD | 300,000.00 | 300,000.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 13-Jan-10 | USD | 150,000.00 | 150,000.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 14-Jan-10 | USD | 25,000.00 | 25,000.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 27-Jan-10 | USD | 150,000.00 | 150,000.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 8-Feb-10 | USD | 56,500.00 | 56,500.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 12-Feb-10 | USD | 30,000.00 | 30,000.00 | | |
| REMEDIAL OFFSHORE, LLC | 1300 N. Sam Houston Pkwy E, Suite 350. Houston, TX 77032 | 12-Feb-10 | USD | 50,000.00 | 50,000.00 | 984,241.00 | |
| | | | | | | | |
| Sea Crusander LLC | 26 N. Meadowmist Circl e The Woodlan ds TX 77381 United States | 13-Jan-10 | USD | 25,000.00 | 25,000.00 | | |
| Sea Crusander LLC (Interco with ROLLC) | 26 N. Meadow The Woodlands TX 77381 United States | 13-Nov-09 | USD | 25,000.00 | 25,000.00 | 50,000.00 | |
| | | | | | | | |
| SEB Custody Services | P.O. Box_1843__Vika Oslo N_-0123 Norway | 15-Dec-09 | NOK | 8,616.42 | 1,540.43 | | |
| SEB Custody Services | P.O. Box_1843__Vika Oslo N_-0123 Norway | 15-Dec-09 | USD | 20,000.00 | 20,000.00 | | |
| SEB Custody Services | P.O. Box 1843  Vika Oslo N -0123 Norway | 25-Jan-10 | NOK | 4,227.94 | 751.76 | 22,292.19 | 708.86 |
| | | | | | | | |
| Stewart Technology  TORTOLA VI Associates | Park View, R West End Tort VG 1130 Virgin Islan | 13-Nov-09 | USD | 10,200.00 | 10,200.00 | | |
| Stewart Technology Associates | Park View, Romney Park  West End To rt VG1130 VirginIslands, Brit | 25-Jan-10 | USD | 6,120.00 | 6,120.00 | 16,320.00 | |
| | | | | | | | |
| Svein Eggen | | 28-Jan-10 | USD | 6,250.00 | 6,250.00 | | |
| Svein Eggen - Director's Fees 2009 | | 24-Dec-09 | USD | 40,000.00 | 40,000.00 | 46,250.00 | |
| | | | | | | | |
| W. G. Coleman - Director's Fees 2009 | | 24-Dec-09 | USD | 12,500.00 | 12,500.00 | 12,500.00 | |

| Name and Address | Date of Payment | Currency | Amount Paid | Grand Total (USD) | Grand Total (EU) |
|---|---|---|---|---|---|
| **Remedial Cyprus' Insiders paid directly by Remedial Cyprus** | | | | | |
| Bjorge Gretland - Directors Fee | 12/24/2009 | USD | 25,000.00 | **25,000.00** | |
| P.T Mallings Vei 27, N0286, Oslo, Norway | | | | | |
| Christer Ericson - Directors Fee | 12/24/2009 | USD | 12,500.00 | **12,500.00** | |
| Box 53230, Hogasplatsen 3, 400 16 Goteborg, Sweden SE400 16 | | | | | |
| Convexa - Board Meeting Expenses | 8/28/2009 | USD | 782.56 | **782.56** | |
| 850 Kacena Road, Hiawatha, IA 52233 | | | | | |
| Gabriel Berg - Nomination Committee Fee | 12/24/2009 | USD | 5,000.00 | **5,000.00** | |
| Box 53230, Hogasplatsen 3, 400 16 Goteborg, Sweden SE400 16 | | | | | |
| Gene Davis - Board Meeting Expenses | 1/24/2010 | USD | 102.02 | | |
| Gene Davis - Director Fee | 1/13/2010 | USD | 12,500.00 | **12,602.02** | |
| 5 Canoe Dr., Livingston, NJ 07039 | | | | | |
| Greg Coleman - Board Meeting Expenses | 8/28/2009 | USD | 801.15 | | |
| Greg Coleman - Directors Fee | 12/24/2009 | USD | 12,500.00 | **13,301.15** | |
| Southampton Street, 10, Tower House, London, WC 2E 7HA, UK | | | | | |
| JCE Group - Board Expenses | 4/29/2009 | USD | 3,222.55 | **3,222.55** | |
| Box 53230, Hogasplatsen 3, 400 16 Goteborg, Sweden SE400 16 | | | | | |
| Knut Borgen | 12/2/2009 | USD | 2,809.42 | | |
| Knut Borgen - Board Meeting Expenses | 2/18/2009 | USD | 1,588.47 | | |
| Knut Borgen - Board Meeting Expenses | 6/11/2009 | USD | 3,054.98 | | |
| Knut Borgen - Board Meeting Expenses | 9/10/2009 | USD | 1,038.40 | | |
| Knut Borgen - Directors Fee | 12/24/2009 | USD | 25,000.00 | **33,491.27** | |
| Kamares Club, Box 65, P.C. 8101, Paphos, Cyprus | | | | | |
| Lars Wiese (Wieco AS) - Nomination Committee Fee | 12/24/2009 | USD | 5,000.00 | **5,000.00** | |
| Rosenkrantzgt, 22, Oslo, Norway N0160 | | | | | |
| Ola Lorentzon - Board Meeting Expenses | 4/9/2009 | USD | 514.57 | | |
| Ola Lorentzon - Board Meeting Expenses | 6/23/2009 | USD | 435.23 | | |
| Ola Lorentzon - Board Meeting Expenses | 1/25/2010 | USD | 257.44 | | |
| Ola Lorentzon - Directors Fee | 12/24/2009 | USD | 25,000.00 | **26,207.24** | |
| Stallgatan, 6, Smogen, S-450 43, Sweden | | | | | |
| Svein Eggen - Board Meeting & Investor Relations Expenses | 4/27/2009 | USD | 13,274.00 | | |
| Svein Eggen - Board Meeting Expenses | 3/17/2009 | USD | 8,829.65 | | |
| Svein Eggen - Directors Fee | 12/24/2009 | USD | 40,000.00 | | |
| Svein Eggen - Directors Fee | 1/28/2010 | USD | 6,250.00 | **68,353.65** | |
| 44 Wood Wharf Apt., Horseferry Place, Greenwich, London, SE10 9BB, UK | | | | | |
| Yantai Raffles Shipyard - Shipbuilding Contract Milestone Payment | 5/1/2009 | USD | 4,067,886.00 | | |
| Yantai Raffles Shipyard - Shipbuilding Contract Milestone Payment | 7/1/2009 | USD | 8,135,772.00 | | |
| Yantai Raffles Shipyard Expense Reimbursement | 7/22/2009 | USD | 10,993.36 | **12,214,651.36** | |
| 1 Claymore Drive 08-04, Orchard Tower, Singapore 2259594 | | | | | |
| **Subsidiaries' Insiders paid directly by Remedial Cyprus** | | | | | |
| Stuart Bannerman - Board meeting and Investor Relations Expenses | 10/2/2009 | USD | 9,868.16 | **9,868.16** | |
| 19927 Erika Way Drive, Katy, TX 77450 | | | | | |
| **Subsidiaries' Insiders Salary paid directly by Subsidiaries** | | | | | |
| **(these payments were not made directly by the Debtor, but the Debtor is listing the** | | | | | |
| **payments for the purpose of full disclosure)** | | | | | |
| Stuart Bannerman - Salary | 2/28/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 3/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary - Guaranteed Bonus | 3/31/2009 | USD | 57,000.00 | | |
| Stuart Bannerman - Salary | 3/31/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 4/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 4/30/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 5/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 5/31/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 6/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 6/30/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 7/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 7/31/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 8/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 8/31/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 9/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 9/30/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 10/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 10/31/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 11/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 11/30/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 12/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary - Vacation Payout | 12/31/2009 | USD | 14,336.73 | | |
| Stuart Bannerman - Salary | 12/31/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 1/15/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 1/31/2009 | USD | 14,000.00 | | |
| Stuart Bannerman - Salary | 2/15/2009 | USD | 14,000.00 | **407,336.73** | |
| Richard Altman - Salary (Former CEO) | 2/28/2009 | USD | 15,625.00 | | |

| | | | | |
|---|---|---|---|---|
| Richard Altman - Salary (Former CEO) | 3/15/2009 | USD | 15,625.00 | |
| Richard Altman - Salary (Former CEO) | 3/31/2009 | USD | 15,625.00 | |
| Richard Altman - Salary (Former CEO) | 4/15/2009 | USD | 15,625.00 | |
| Richard Altman - Salary (Former CEO - Final Pay) | 4/30/2009 | USD | 216,684.06 | **279,184.06** |

5635 Spring Lodge Drive, Kingwood, TX, 77345

| | | | | |
|---|---|---|---|---|
| Michael Manauis - Salary | 2/28/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 3/31/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 4/30/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 5/31/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 6/30/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 7/31/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 8/31/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 9/30/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 10/31/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 11/30/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 12/31/2009 | USD | 7,800.00 | |
| Michael Manauis - Salary | 1/31/2010 | USD | 7,800.00 | **93,600.00** |

19 Stevenson Subdivision, Nassau, Bahamas

| | | | | |
|---|---|---|---|---|
| Svein Eggen - Salary Former CEO | 4/30/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 5/31/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 6/30/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 7/31/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 8/31/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 9/30/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 10/31/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 11/30/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 12/31/2009 | Euro | 30,000.00 | |
| Svein Eggen - Salary Former CEO | 1/31/2010 | Euro | 30,000.00 | **300,000.00** |

| | | | | |
|---|---|---|---|---|
| Frank Salerno - Salary | 2/28/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 3/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 3/31/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 4/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 4/30/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 5/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 5/31/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 6/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 6/30/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 7/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 7/31/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 8/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 8/31/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 9/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 9/30/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 10/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 10/31/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 11/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 11/30/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 12/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary Vacation Payout | 12/31/2009 | USD | 461.52 | |
| Frank Salerno - Salary | 12/31/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 1/15/2009 | USD | 5,625.00 | |
| Frank Salerno - Salary | 1/31/2009 | USD | 5,625.00 | |
| | | USD | - | **129,836.52** |

8445 Cedarbrake Dr, Houston,TX 77055

| | | | | |
|---|---|---|---|---|
| Gerry Raabe - Salary | 2/28/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 3/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 3/31/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 4/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 4/30/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 5/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 5/31/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 6/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 6/30/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 7/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 7/31/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 8/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 8/31/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 9/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 9/30/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 10/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 10/31/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 11/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 11/30/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 12/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary Vacation Payout | 12/31/2009 | USD | 11,771.14 | |
| Gerry Raabe - Salary | 12/31/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 1/15/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 1/31/2009 | USD | 9,708.33 | |
| Gerry Raabe - Salary | 2/15/2009 | USD | 9,708.33 | **244,771.06** |

18 Grey Moss Lane, Montgomery, TX 77356

| | | | | |
|---|---|---|---|---|
| Kevin Wilson - Salary | 2/28/2009 | USD | 11,875.00 | |
| Kevin Wilson - Salary | 3/15/2009 | USD | 11,875.00 | |
| Kevin Wilson - Salary | 3/31/2009 | USD | 11,875.00 | |
| Kevin Wilson - Salary | 4/15/2009 | USD | 11,875.00 | |
| Kevin Wilson - Salary | 4/30/2009 | USD | 11,875.00 | |
| Kevin Wilson - Salary | 5/15/2009 | USD | 11,875.00 | |
| Kevin Wilson - Salary | 5/31/2009 | USD | 8,350.00 | **79,600.00** |

22426 Kendall Shay Court, Katy, TX 77450

| | | | | |
|---|---|---|---|---|
| James Corley - Salary | 2/28/2009 | USD | 9,375.00 | |
| James Corley - Salary | 3/15/2009 | USD | 9,375.00 | |

| | | | | |
|---|---|---|---|---|
| James Corley - Salary | 3/31/2009 | USD | 9,375.00 | |
| James Corley - Salary | 4/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 4/30/2009 | USD | 9,375.00 | |
| James Corley - Salary | 5/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 5/31/2009 | USD | 9,375.00 | |
| James Corley - Salary | 6/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 6/30/2009 | USD | 9,375.00 | |
| James Corley - Salary | 7/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 7/31/2009 | USD | 9,375.00 | |
| James Corley - Salary | 8/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 8/31/2009 | USD | 9,375.00 | |
| James Corley - Salary | 9/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 9/30/2009 | USD | 9,375.00 | |
| James Corley - Salary | 10/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 10/31/2009 | USD | 9,375.00 | |
| James Corley - Salary | 11/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 11/30/2009 | USD | 9,375.00 | |
| James Corley - Salary | 12/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 12/31/2009 | USD | 9,375.00 | |
| James Corley - Salary | 1/15/2009 | USD | 9,375.00 | |
| James Corley - Salary | 1/31/2009 | USD | 9,375.00 | |
| James Corley - Salary | 2/15/2009 | USD | 9,375.00 | **225,000.00** |
| 601 Dee Ave., Bay Minette, AL 36507 | | | | |
| Michael Brown - Salary | 2/28/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 3/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 3/31/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 4/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 4/30/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 5/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 5/31/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 6/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 6/30/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 7/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 7/31/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 8/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 8/31/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 9/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 9/30/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 10/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 10/31/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 11/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 11/30/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 12/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary Vacation Payout | 12/31/2009 | USD | 24,114.92 | |
| Michael Brown - Salary | 12/31/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 1/15/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 1/31/2009 | USD | 11,041.67 | |
| Michael Brown - Salary | 2/15/2009 | USD | 11,041.67 | **289,115.00** |
| 710 Higgins St, Humble, TX 77338 | | | | |
| Cecilia Enderica - Salary | 2/28/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 3/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 3/31/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 4/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 4/30/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 5/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 5/31/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 6/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 6/30/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 7/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 7/31/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 8/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 8/31/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 9/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 9/30/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 10/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 10/31/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 11/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 11/30/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 12/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 12/31/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 1/15/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 1/31/2009 | USD | 2,612.50 | |
| Cecilia Enderica - Salary | 2/15/2009 | USD | 2,612.50 | **62,700.00** |
| 2400 Yorktown Apt 22, Houston, TX 77056 | | | | |

**Subsidiaries' Insiders payments other than salary by Subsidiaries (expense claims)**
**(these payments were not made directly by the Debtor, but the Debtor is listing the**
**payments for the purpose of full disclosure)**

| | | | | |
|---|---|---|---|---|
| Svein Eggen | 10/30/2009 | USD | 7,953.10 | |
| Svein Eggen | 1/28/2010 | USD | 10,935.60 | |
| Svein Eggen | 11/16/2009 | USD | 4,231.40 | |
| Svein Eggen | 12/24/2009 | USD | 14,121.75 | |
| Svein Eggen | 8/31/2009 | USD | 14,651.44 | |
| Svein Eggen | 9/21/2009 | USD | 9,929.60 | |
| Svein Eggen | 2/24/2010 | USD | 10,063.30 | **71,886.19** |
| Stuart Bannerman | 1/7/2010 | USD | 7,019.67 | |
| Stuart Bannerman | 11/17/2009 | USD | 15,950.60 | |
| Stuart Bannerman | 1/27/2010 | USD | 5,961.96 | |
| Stuart Bannerman | 7/7/2009 | USD | 10,821.00 | |
| Stuart Bannerman | 6/9/2009 | USD | 17,923.25 | |
| Stuart Bannerman | 2/24/2010 | USD | 293.41 | |
| Stuart Bannerman | 5/7/2009 | USD | 3,280.93 | |

| Name | Date | Currency | Amount | Total |
|---|---|---|---|---|
| Stuart Bannerman | 2/4/2010 | USD | 9,183.30 | |
| Stuart Bannerman | 4/9/2009 | USD | 8,808.28 | |
| Stuart Bannerman | 3/9/2009 | USD | 7,551.45 | |
| Stuart Bannerman | 1/4/2010 | USD | 1,778.82 | |
| Stuart Bannerman | 8/20/2009 | USD | 6,012.20 | |
| Stuart Bannerman | 9/2/2009 | USD | 13,737.49 | 108,322.96 |
| | | | | |
| James Corley | 3/20/2009 | | 4,148.84 | |
| James Corley | 6/25/2009 | | 4,101.59 | |
| James Corley | 6/19/2009 | | 1,962.77 | |
| James Corley | 6/3/2009 | | 826.48 | |
| James Corley | 2/18/2009 | | 1,701.15 | |
| James Corley | 2/16/2009 | | 1,705.15 | |
| James Corley | 8/20/2009 | | 7,105.00 | |
| James Corley | 2/12/2010 | | 1,306.75 | |
| James Corley | 3/9/2009 | | 550.77 | |
| James Corley | 8/6/2009 | | 420.00 | 23,828.50 |
| | | | | |
| Frank Salerno | 5/5/2009 | | 523.48 | |
| Frank Salerno | 11/10/2009 | | 793.17 | |
| Frank Salerno | 1/4/2010 | | 269.95 | |
| Frank Salerno | 7/7/2009 | | 887.35 | |
| Frank Salerno | 1/25/2010 | | 386.93 | |
| Frank Salerno | 6/9/2009 | | 922.18 | |
| Frank Salerno | 10/8/2009 | | 262.49 | |
| Frank Salerno | 3/9/2009 | | 353.40 | |
| Frank Salerno | 4/9/2009 | | 195.35 | |
| Frank Salerno | 8/6/2009 | | 289.58 | |
| Frank Salerno | 9/22/2009 | | 341.95 | 5,225.83 |
| | | | | |
| Kevin Wilson | 4/20/2009 | | 131.00 | |
| Kevin Wilson | 3/2/2009 | | 375.00 | |
| Kevin Wilson | 4/9/2009 | | 4,848.65 | 5,354.65 |
| | | | | |
| Gerry Raabe | 1/19/2009 | | 1,838.53 | |
| Gerry Raabe | 5/1/2009 | | 3,552.28 | |
| Gerry Raabe | 7/1/2009 | | 801.78 | |
| Gerry Raabe | 1/5/2010 | | 1,184.28 | |
| Gerry Raabe | 8/3/2009 | | 288.00 | 7,664.87 |
| | | | | |
| Michael Manauis | 1/31/2010 | | 721.99 | |
| Michael Manauis | 4/30/2009 | | 5,488.92 | |
| Michael Manauis | 7/26/2009 | | 5,137.80 | 11,348.71 |
| | | | | |
| Richard Altman | 3/31/2009 | | 22,054.56 | |
| Richard Altman | 3/31/2009 | | 28,000.00 | |
| Richard Altman | 2/28/2009 | | 23,867.72 | |
| Richard Altman | 4/17/2009 | | 3,443.00 | 77,365.28 |
| | | | | |
| Michael Brown | 3/1/2009 | | 23,333.01 | |
| Michael Brown | 6/30/2009 | | 47,308.32 | |
| Michael Brown | 10/31/2009 | | 11,166.73 | |
| Michael Brown | 3/31/2009 | | 10,601.40 | |
| Michael Brown | 7/31/2009 | | 9,198.22 | |
| Michael Brown | 1/31/2010 | | 9,191.44 | |
| Michael Brown | 2/26/2009 | | 9,562.67 | |
| Michael Brown | 4/30/2009 | | 11,316.62 | |
| Michael Brown | 8/31/2009 | | 5,201.91 | |
| Michael Brown | 9/30/2009 | | 11,680.23 | |
| Michael Brown | 11/30/2009 | | 9,010.93 | |
| Michael Brown | 12/30/2009 | | 15,577.38 | 173,148.86 |
| | | | | |
| Cecilia Enderica | 1/30/2009 | | 40.00 | |
| Cecilia Enderica | 7/31/2009 | | 53.75 | |
| Cecilia Enderica | 6/30/2009 | | 52.50 | |
| Cecilia Enderica | 4/30/2009 | | 80.00 | |
| Cecilia Enderica | 2/28/2009 | | 68.40 | |
| Cecilia Enderica | 5/31/2009 | | 40.00 | |
| Cecilia Enderica | 3/3/2009 | | 159.26 | |
| Cecilia Enderica | 10/31/2009 | | 49.40 | |
| Cecilia Enderica | 1/31/2010 | | 36.40 | |
| Cecilia Enderica | 12/30/2009 | | 33.80 | |
| Cecilia Enderica | 8/31/2009 | | 45.00 | |
| Cecilia Enderica | 9/30/2009 | | 48.75 | |
| Cecilia Enderica | 11/30/2009 | | 52.00 | 759.26 |
| | | | | 300,000.00 |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  March 17, 2010          Signature _____

**Stuart Bannerman**
**Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*