**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
John K. Sherwood, Esq.
Scott Cargill, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Remedial (Cyprus) Public Company Ltd., | Case No. 10-10782 (REG) |
| Debtor. | |

**NOTICE OF ADJOURNMENT OF (1) THE SALE HEARING; (2) THE HEARING ON OBJECTIONS TO ASSUMPTION OF CONTRACTS AND PROPOSED CURE AMOUNTS; AND (3) SWEDBANK AB'S MOTION FOR AUTHORIZATION TO PURSUE CAUSES OF ACTION AGAINST THE TRUSTEE AND BONDHOLDERS ON BEHALF OF THE DEBTOR'S ESTATE TO MAY 26, 2010 AT 11:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing to consider the Debtor's motion authorizing the Debtor to sell all or substantially all of its assets to the Successful Bidder, the Debtor's existing secured Bondholders or their nominee, (the "**Sale Hearing**") has been **adjourned** and rescheduled to be held on **May 26, 2010 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that that the hearing on any objections to the assumption and assignment of contracts and the proposed cure amount has been **adjourned** and rescheduled to be held on **May 26, 2010 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that that the hearing on Swedbank AB's Motion for Authorization to Pursue Causes of Action Against the Trustee and Bondholders on Behalf of the Debtor's Estate has been **adjourned** and rescheduled to be held on **May 26, 2010 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Respectfully submitted,

**LOWENSTEIN SANDLER PC**
/s/ Scott Cargill
Kenneth A. Rosen, Esq.
John K. Sherwood, Esq.
Scott Cargill, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*Counsel to the Debtor and Debtor in Possession*

Dated: May 10, 2010
New York, New York